# EXHIBIT A

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Hilco**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 1583519 | 4227654 | 12/20/2022 | 1/19/2023 | $ 3,828.00 | $ 3,828.00 |
| 1583519 | 4227655 | 12/20/2022 | 1/19/2023 | $ 177,151.72 | $ 177,151.72 |
| 1583519 | 4227657 | 12/20/2022 | 1/19/2023 | $ 497.62 | $ 497.62 |
| 1583519 | 4227658 | 12/20/2022 | 1/19/2023 | $ 3,250.00 | $ 3,250.00 |
| 1583519 | 4227663 | 12/20/2022 | 1/19/2023 | $ 34,424.45 | $ 34,424.45 |
| 1583519 | 4228257 | 12/21/2022 | 1/20/2023 | $ 427.00 | $ 427.00 |
| 1583519 | 4228991 | 12/22/2022 | 1/21/2023 | $ 2,989.32 | $ 2,989.32 |
| 1583519 | 4231252 | 12/29/2022 | 1/28/2023 | $ 2,484.00 | $ 2,484.00 |
| 1583519 | 4231916 | 1/3/2023 | 2/2/2023 | $ 1,461.62 | $ 1,461.62 |
| 1583519 | 4234604 | 1/9/2023 | 2/8/2023 | $ 31,104.00 | $ 31,104.00 |
| 1583519 | 4246928 | 1/18/2023 | 2/17/2023 | $ 1,734.00 | $ 1,734.00 |
| 1583519 | 4260640 | 1/30/2023 | 3/1/2023 | $ 4,620.00 | $ 4,620.00 |
| 1583519 | 4260641 | 1/30/2023 | 3/1/2023 | $ 7,385.44 | $ 7,385.44 |
| 1583519 | 4272238 | 2/16/2023 | 3/18/2023 | $ 940.60 | $ 940.60 |
| | | | **Totals:** | **$ 272,297.77** | **$ 272,297.77** |